# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00004-TCB-JFK
## USA v. Franssen
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/11/2017.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:14 A.M.     COURT REPORTER: Lori Burgess
TIME IN COURT: 00:9     DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Sven Franssen Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA |
| | Steven Grimberg representing USA |
| | Warren Lietz representing Sven Franssen |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See Judgment in a Criminal Case for sentence. |
| HEARING STATUS: | Hearing Concluded |